# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| EDWIN DONNELL EICHELBERGER and KELLY DOUGLAS EICHELBERGER, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al. | § § § § § § § § | CIVIL ACTION NO. 3:20-CV-3746-S-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 13]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 28, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

1